# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAMMOET-STARNETH LLC, | Case No. 17-12925 (LSS) |
| Debtor.[1] | **Related D.I. 47, 49, 50 & 51** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        :
                         : SS.
NEW CASTLE COUNTY        :

      Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of December, 2017, she caused a copy of the following documents to be served upon the parties on the attached lists in the manner indicated:

- *Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets* [D.I. 47]

- *Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC* [D.I. 49]

- *Disclosure Statement for the Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC* [D.I. 42]

- *Debtor's Motion for an Order (A) Approving the Disclosure Statement, (B) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan, and (D) Granting Related Relief* [D.I. 51]

---

[1] The last four digits of the Debtor's federal tax identification number is 4518. The Debtor's address is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

RLF1 18624480v.1

*[signature: Ann Jerominski]*
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 18th day of December, 2017.

*[signature: Lesley A. Morris]*
Notary Public

*[Notary seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES JANUARY 5, 2019, NOTARY PUBLIC, STATE OF DELAWARE]*

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Core/2002

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| Delaware State Treasury | 820 Silver Lake Blvd, Suite 100 | | | | Dover | DE | 19904 | | First Class Mail |
| Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | | First Class Mail |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. | 1007 ORANGE STREET, SUITE 700 | P.O. BOX 2046 | | WILMINGTON | DE | 19899-2046 | | Hand Delivery |
| OFFICE OF THE UNITED STATES TRUSTEE | Attn: Hannah McCollum, Esq. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | LOCK BOX 35 | WILMINGTON | DE | 19801 | | Hand Delivery |
| Secretary of State for the State of Delaware | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | First Class Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE | UNITED STATES DEPARTMENT OF JUSTICE | COMMERCIAL LITIGATION BRANCH | 950 PENNSYLVANIA AVENUE, NW, ROOM 2242 | | WASHINGTON | DC | 20530 | | First Class Mail |
| Office of the NY Attorney General | The Capitol | | | | Albany | NY | 12224-0341 | | First Class Mail |
| New York Owner LLC | Attn: Richard Marin | 7, Penn Plaza - 370, 7th Ave., Suite 1705 | | | New York | NY | 10001 | | First Class Mail |
| New York Wheel LLC | Attn: Andrew Ratner | 7, Penn Plaza - 370, 7th Ave., Suite 618 | | | New York | NY | 10001 | | First Class Mail |
| Cimtas Celik Imalat | Attn: Nuri Bayezid and Kerim Dedeoglu | Ata Sb.Mah.Müge Cad.No:17, | Bursa Serbest Bölgesi, Gemlik | | | | | Turkey | Air Mail |
| VDL Steelweld | Attn: Peter de Vos and Alex van Geel | Terheijdenseweg 169 | 4825 BJ Breda | | | | | The Netherlands | Air Mail |
| Philips Lighting BV | Attn: Frank van der Vloed and Hedzer de Boer | High Tech Campus 45 | 5656 AE in Eindhoven | | | | | The Netherlands | Air Mail |
| Tecmacon Structures | Attn: Tom Vermeulen and Geroge Bakker | Moezelweg 110 | 3198 LS Europoort Rotterdam | | | | | The Netherlands | Air Mail |
| Alimak Hek | Attn: Michael D. Repko and Jerry Bretthauer | 25 Brook Street, Suite 200 | | | Shelton | CT | 06484 | | First Class Mail |
| Brunel | Attn: G.L. Green | 9811 Katy Freeway, Suite 1000 | | | Houston | TX | 77024 | | First Class Mail |

1

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Core/2002

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| Melcal SRL | Attn: Benedetto Catanzaro and Giulia Arena | Zona Industriale, Cda Feugotto, | 91013 Calatafimi-Segesta (TP) | | | | | Italy | Air Mail |
| FTI Consulting | Attn: Lester White | Wall Street Plaza | 88, Pine Street, 32nd Floor | | New York | NY | 10005 | | First Class Mail |
| Jensen Hughes | Attn: Eric Babcock | 3610 Commerce Drive, Suite 817 | | | Baltimore | MD | 21227 | | First Class Mail |
| CT Corporation | Attn: GM | 111, 8th Ave., 13th Floor | | | New York | NY | 10011 | | First Class Mail |
| TE Solutions | Attn: Younseok Kim and Paul Min Woo Shin | 142 Seungjin-gil Gongdo-eup | Anseong-si, Gyeonggi-do | | | | | Korea | Air Mail |
| Walter Tosto Spa | Attn: Luca Tosto, Andrew Mencarelli, Francesco Aiello, and Nicola Trivulzio | Via Erasmo Piaggio 62 | 66100 Chieti Scalo | | | | | Italy | Air Mail |
| Mendenhall Smith Structural Engineers | Attn: Fraser Smith and Greg Mendenhall | 2580 Montessouri Street, Suite 107 | | | Las Vegas | NV | 89117 | | First Class Mail |
| Counsel for Defendant Mammoet-Starneth LLC in New York Wheel Litigation | Dentons US LLP | Attn: Philip R. White, Esq., Anthony B. Ullman, Esq., and Jonathan S. Jemison, Esq. | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | First Class Mail |
| Counsel for New York Wheel Owner LLC | Gibson, Dunn & Crutcher LLP | Attn: Randy M. Mastro, Esq., Anne Champion, Esq., and Paul J. Kremer, Esq. | 200 Park Avenue | | New York | NY | 10166-0193 | | First Class Mail |
| Counsel for New York Wheel Owner LLC | Young Conaway Stargatt & Taylor, LLP | Attn: M. Blake Cleary, Esq., and Sean M. Beach, Esq. | Rodney Square | 1000 N. King Street | Wilmington | DE | 19801 | | Hand Delivery |
| Wells Fargo | Attn: Imram Mahmood Ali, Branch Mgr. | | | | Winter Park | FL | 32789 | | First Class Mail |
| Wells Fargo | Attn: Maggie Pagan, Branch Mgr. | 275 S. New York Ave. | | | Winter Park | FL | 32789 | | First Class Mail |
| Wells Fargo | Attn: Reed Mason, Branch Mgr. | 631 S. Orlando Ave. | | | Winter Park | FL | 32792 | | First Class Mail |
| Wells Fargo | P.O. Box 6995 | 2526 Aloma Ave. | | | Portland | OR | 97228-6995 | | First Class Mail |
| Wells Fargo Bank, N.A. | 420 North Montgomery Street | | | | San Francisco | CA | 94104 | | First Class Mail |
| Counsel to Mammoet USA North Inc. (MUSA – DIP Lender) | Dentons LLP | Philip R. White, Esq., Robert E. Richards, Esq., Jonathan Jemison, Esq., Lauren Macksoud, Esq. | 233 South Wacker Drive, Suite 5900 | | Chicago | IL | 60606-6351 | | First Class Mail |

2

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Core/2002

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Mammoet USA North Inc. (MUSA - DIP Lender) | Bayard, P.A. | Justin Alberto, Esq., Erin R. Fay, Esq., and Gregory J. Flasser, Esq. | 600 N. King Street, Suite 400 | | Wilmington | DE | 19899 | | Hand Delivery |
| Starneth LLC | Attn: Wil Armstrong and Chiel Smits | PO Box 2087 | 2262 Banchory Road | | Winter Park | FL | 32792 | | First Class Mail |

3

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Creditor Matrix

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| City of New York | Attn: Legal Department | City Hall | | | New York | NY | 10007 | USA | First Class Mail |
| City of New York | Attn: Corporate Counsel | 100 Church Street | | | New York | NY | 10007 | USA | First Class Mail |
| Delaware State Treasury | 820 Silver Lake Blvd., Suite 100 | | | | Dover | DE | 19904 | USA | First Class Mail |
| Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | USA | First Class Mail |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. | 1007 ORANGE STREET, SUITE 700 | P.O. BOX 2046 | | WILMINGTON | DE | 19899-2046 | USA | First Class Mail |
| OFFICE OF THE UNITED STATES TRUSTEE | Attn: Hannah McCollum, Esq. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | LOCK BOX 35 | WILMINGTON | DE | 19801 | USA | Hand Delivery |
| Secretary of State for the State of Delaware | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | USA | First Class Mail |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | | Washington | DC | 20549 | USA | First Class Mail |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 | | New York | NY | 10281-1022 | USA | First Class Mail |
| Securities & Exchange Commission | Attn: Bankruptcy Dept. | One Penn Center | 1617 JFK Boulevard, Suite 520 | | Philadelphia | PA | 19103 | USA | First Class Mail |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | ARIEL RIOS BUILDING | 1200 PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20460 | USA | First Class Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE | UNITED STATES DEPARTMENT OF JUSTICE | COMMERCIAL LITIGATION BRANCH | 950 PENNSYLVANIA AVENUE, NW, ROOM 2242 | | WASHINGTON | DC | 20530 | USA | First Class Mail |
| Office of the NY Attorney General | The Capitol | | | | Albany | NY | 12224-0341 | USA | First Class Mail |
| State of New York | Department of State, Albany Location | One Commerce Plaza, 99 Washington Ave | | | Albany | NY | 12231-0001 | USA | First Class Mail |
| State of New York | Department of State, New York City Location | 123 William Street | | | New York | NY | 10038-3804 | USA | First Class Mail |
| New York Owner LLC | Attn: Richard Marin | 7, Penn Plaza – 370, 7th Ave, Suite 1705 | | | New York | NY | 10001 | USA | First Class Mail |
| New York Wheel LLC | Attn: Andrew Ratner | 7, Penn Plaza – 370, 7th Ave., Suite 618 | | | New York | NY | 10001 | USA | First Class Mail |
| Cimtas Celik Imalat | Attn: Nuri Bayezid and Kerim Dedeoglu | Ata Sb.Mah.Müge Cad.No:17, | Bursa Serbest Bölgesi, Gemlik | | | | | Turkey | Air Mail |
| VDL Steelweld | Attn: Peter de Vos and Alex van Geel | Terheijdenseweg 169 | | | 4825 BJ Breda | | | The Netherlands | Air Mail |
| Philips Lighting BV | Attn: Frank van der Vloed and Hedzer de Boer | High Tech Campus 45 | | | 5656 AE in Eindhoven | | | The Netherlands | Air Mail |
| Tecmacon Structures | Attn: Tom Vermeulen and Geroge Bakker | Moezelweg 110 | | | 3198 LS Europoort Rotterdam | | | The Netherlands | Air Mail |
| Alimak Hek | Attn: Michael D. Repko and Jerry Bretthauer | 25 Brook Street, Suite 200 | | | Shelton | CT | 06484 | USA | First Class Mail |
| Brunel | Attn: G.L. Green | 9811 Katy Freeway, Suite 1000 | | | Houston | TX | 77024 | USA | First Class Mail |
| Melcal SRL | Attn: Benedetto Catanzaro and Giulia Arena | Zona Industriale, Cda Feugotto, | 91013 Calatafimi-Segesta (TP) | | | | | Italy | Air Mail |
| FTI Consulting | Attn: Lester White | Wall Street Plaza | 88, Pine Street, 32nd Floor | | New York | NY | 10005 | USA | First Class Mail |
| Jensen Hughes | Attn: Eric Babcock | 3610 Commerce Drive, Suite 817 | | | Baltimore | MD | 21227 | USA | First Class Mail |
| CT Corporation | Attn: GM | 111, 8th Ave., 13th Floor | | | New York | NY | 10011 | USA | First Class Mail |

1

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Creditor Matrix

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| TE Solutions | Attn: Younseok Kim and Paul Min Woo Shin | 142 Seungjin-gil Gondgdo-eup | Anseong-si, Gyeonggi-do | | | | | Korea | Air Mail |
| Walter Tosto Spa | Attn: Luca Tosto, Andrew Mencarelli, Francesco Aiello, and Nicola Trivulzio | Via Erasmo Piaggio 62 | 66100 Chieti Scalo | | | | | Italy | Air Mail |
| Mendenhall Smith Structural Engineers | Attn: Fraser Smith and Greg Mendenhall | 2580 Montessouri Street, Suite 107 | | | Las Vegas | NV | 89117 | USA | First Class Mail |
| Counsel for Defendant Mammoet-Starneth LLC in New York Wheel Litigation | Dentons US LLP | Attn: Philip R. White, Esq., Anthony B. Ullman, Esq., and Jonathan S. Jemison, Esq. | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | USA | First Class Mail |
| Counsel for New York Wheel Owner LLC | Gibson, Dunn & Crutcher LLP | Attn: Randy M. Mastro, Esq., Anne Champion, Esq., and Paul J. Kremer, Esq. | 200 Park Avenue | | New York | NY | 10166-0193 | USA | First Class Mail |
| Wells Fargo | Attn: Imran Mahmood Ali, Branch Mgr. | 275 S. New York Ave. | | | Winter Park | FL | 32789 | USA | First Class Mail |
| Wells Fargo | Attn: Maggie Pagan, Branch Mgr. | 631 S. Orlando Ave. | | | Winter Park | FL | 32789 | USA | First Class Mail |
| Wells Fargo | Attn: Reed Mason, Branch Mgr. | 2526 Aloma Ave. | | | Winter Park | FL | 32792 | USA | First Class Mail |
| Wells Fargo | P.O. Box 6995 | | | | Portland | OR | 97228-6995 | USA | First Class Mail |
| Wells Fargo Bank, N.A. | 420 North Montgomery Street | | | | San Francisco | CA | 94104 | USA | First Class Mail |
| Counsel to Mammoet USA North Inc. (MUSA - DIP Lender) | Dentons LLP | Philip R. White, Esq., Robert E. Richards, Esq., Jonathan Jemison, Esq., Lauren Macksoud, Esq. | 233 South Wacker Drive, Suite 5900 | | Chicago | IL | 60606-6361 | USA | First Class Mail |
| Counsel to Mammoet USA North Inc. (MUSA - DIP Lender) | Bayard, P.A. | Justin Alberto, Esq., Erin R. Fay, Esq., and Gregory J. Flasser, Esq. | 600 N. King Street, Suite 400 | | Wilmington | DE | 19899 | USA | First Class Mail |
| Mammoet USA North Inc. | PO Box 2199 | | | | Angleton | TX | 77516 | USA | Air Mail |
| Mammoet USA North Inc. | 1999 Harrison Street | Suite 28, Floor 18 | | | Oakland | CA | 94612 | USA | First Class Mail |
| Starneth LLC | Attn: Will Armstrong and Chiel Smits | PO Box 2087 | 2262 Banchory Road | | Winter Park | FL | 32792 | USA | First Class Mail |
| Huisman Equipment BV | Attn: Joop Roodenburg and Rob Hofstede | Admiraal Trompstraat 2 | 3115 JH Schiedam | | | | | NL | Air Mail |
| Liebherr-Components AG | Attn: Roland Graf and Pietro Lemmi | Kirchweg 46 | 5415 Nussbaumen Aargau | | | | | CH | Air Mail |
| Lumitect | Attn: Durham Marenghi and Jenny Marenghi | 5, Mere Way, Swanland | HU14 3QB East Yorkshire | | | | | UK | Air Mail |
| IHC IQIP BV | Attn: Marc Doorduin, Fatih Uzun and Egbert 't Hooft | Smitweg 6 | 2961 AW Kinderdijk | | | | | NL | Air Mail |
| RISM Consultants VOF | Attn: J.A. van Akkeren and J. van den Bogaard | Achtmaalseweg 136 | 4881 AW Zundert | | | | | NL | Air Mail |
| Raster Industriële Automatisering BV | Attn: Ethel van Groenestijn and Claudia van Batenburg | Oude Maasdijk 30 | 6621 AC Dreumel | | | | | NL | Air Mail |
| Hydrodynamics BV | Attn: Roy Beverdam | Chroomsteden 5 | 7547 TL Enschede | | | | | NL | Air Mail |

2

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Creditor Matrix

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| TES Industrial Systems BV | Attn: A. F. Boone | Mechanisatieweg 2 | 4906 AE Oosterhout | | | | | NL | Air Mail |
| IHC Vremac Cylinders BV | Attn: Alfred Wittendorp | Oude Apeldoornseweg 33J | 7333 NR Apeldoorn | | | | | NL | Air Mail |
| Multicomponents International BV | Attn: René Minnee | Papekopperdijk 8a | 3464 HT Papekop | | | | | NL | Air Mail |
| Elcee Holland BV | Attn: Leendert Fase and Daniel Eekhout | Kamerlingh Onnesweg 28 | 3316 GL Dordrecht | | | | | NL | Air Mail |
| KH Engineering BV | Attn: R. Rahmee | Jan van Galenstraat 2 | 3115 JG Schiedam | | | | | NL | |
| Pagnotta Engineering Inc | Attn: Michael Pagnotta | 300 Pottstown Pike # 180 | | | Exton | PA | 19341 | USA | |
| TUV Sud America | Attn: G. Richards | 5610 West Sligh Avenue, Suite 100 | | | Tampa | FL | 33634 | USA | Air Mail |
| De Haven BV | Attn: Peter van der Burg | Nijverheidsstraat 8 | 3144 CL Maassluis | | | | | NL | Air Mail |
| IV Consult BV | Attn: P. van Kerchove | Noordhoek 37 | 3351 LD Papendrecht | | | | | NL | Air Mail |
| PT Structural Design & Analysis BV | Attn: G. Timmerman | Boelewerf 22 | 2987 VD Ridderkerk | | | | | NL | Air Mail |
| Your Welding Engineers | Attn: Robin Vogels | Middeldijkerplein 302 | 2993 DL Barendrecht | | | | | NL | Air Mail |
| M-Shipping BV | Attn: Michiel Smetsers | Karel Doormanweg 47 | 3115 JD Schiedam | | | | | NL | Air Mail |
| Mammoet Europe BV | Attn: Raf Tripadelli | Karel Doormanweg 47 | 3115 JD Schiedam | | | | | NL | Air Mail |
| Bayards Aluminium Constructies BV | Attn: M. Heijnen | Veerweg 2 | 2957 CP Nieuw-Lekkerland | | | | | NL | Air Mail |
| Team Industrial Services Netherlands BV | Attn: Leen de Ridder and Ad Bakker | Oostsouburgseweg 20 | 4382 NH Vlissingen | | | | | NL | Air Mail |
| Industrial Smoke & Mirrors, Inc. | Attn: Andrew Garvis | 3024, Shader Road | | | Orlando | FL | 32808 | USA | First Class Mail |
| Turner & Townsend Inc | Attn: Terrence Dunn | 11 East 26th Street, Floor 5 | | | New York | NY | 10010 | USA | First Class Mail |
| CCA Containers Netherlands | Attn: Maarten van den Berg | Seattleweg 34 | 3195 ND Rotterdam | | | | | NL | Air Mail |
| Hydex B.V. | Attn: Ad Petiet | Groenestein 71 | 2403 JM Alphen aan den Rijn | | | | | NL | Air Mail |
| Euro Equipment Nederland B.V. | Attn: Erwin van Soest | Linschotenstraat 3 | 3044 AV Rotterdam | | | | | NL | Air Mail |
| Heezen B.V. Machinefabriek | Ambachtsweg 9 | 3161 GL Rhoon | | | | | | NL | Air Mail |
| Ancofer Waldram Steel Plate | Damweg 12 | 4905 BS Oosterhout | | | | | | NL | Air Mail |
| Borst Reparatie & Constuctie | Strijkviertel 65 | 3454 PK De Meern | | | | | | NL | Air Mail |
| Indupak BV | Attn: Mike Lingen | Produktiestraat 2-4 | 3133 ES Vlaardingen | | | | | NL | Air Mail |
| Thyssen Krupp Materials | Taylorweg 7 | 5466 AE Veghel | | | | | | NL | Air Mail |
| 3P Project Services B.V. | Attn: Ina Pelkmans | Nijverheidsweg 4 | 4854 MT Bavel | | | | | NL | Air Mail |
| Mammoet Engineering BV | Attn: Peter van der Vleuten | Karel Doormanweg 27 | 3115 JD Shiedam | | | | | NL | Air Mail |
| Van der Ziel | Oogstweg 13 | 8256 ZG Biddinghuizen | | | | | | NL | Air Mail |
| Lloyds | Attn: W. Korndeur | KP van der Mandelelaan 41a | 3062 MB Rotterdam | | | | | NL | Air Mail |
| van Doorn Staal Constructies | Urkstraat 22 | 4817 AR Breda | | | | | | NL | Air Mail |
| M-Shipping BV | Attn: Michiel Smetsers | Haven 580, Karel Doormanweg 47 | 3100 AN Schiedam | | | | | NL | Air Mail |

3

Mammoet-Starneth LLC
Case No. 17-12925 (LSS)
Creditor Matrix

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Service |
|---|---|---|---|---|---|---|---|---|---|
| Mammoet Europe BV | Attn: Raf Tripadelli | Haven 580, Karel Doormanweg 47 | 3100 AN Schiedam | | | | | NL | Air Mail |
| AON Risk Solutions | Admiraliteitskade 62 | 3063 ED Rotterdam | | | | | | NL | Air Mail |

4