# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAMMOET-STARNETH LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-12925 (LSS) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 25, 2018 STARTING AT 11:00 A.M. (EST)[3]

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

I. **MATTER GOING FORWARD:**

1. Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 362, 363, 364 and 507 and Del. Bankr. L.R. 4001-2 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing [D.I. 5 - filed December 13, 2017]

   Objection / Response Deadline: December 28, 2017 at 4:00 p.m. (EST); extended by agreement for New York Wheel Owner LLC ("NYW") to January 15, 2018 at 5:00 p.m. (EST)

   Objections / Responses Received:

   A. Objection of New York Wheel Owner LLC to Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 362, 363, 364 and 507 and Del. Bankr. L.R. 4001-2 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing [D.I. 32 - filed December 14, 2017]

---

[1] The last four digits of the Debtor's federal tax identification number are 4518. The Debtor's address is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

[2] **Amended items appear in bold.**

[3] The hearing **was scheduled to** be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

B. Supplemental Objection of New York Wheel Owner LLC to Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 362, 363, 364 and 507 and Del. Bankr. L.R. 4001-2 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing [D.I. 83 - filed January 3, 2018]

C. Declaration of Anne M. Champion [D.I. 85 - filed January 3, 2018]

D. Declaration of Christopher DeLuca in Support of New York Wheel Owner LLC's Objections to the Debtor's Motions [D.I. 86 - filed January 3, 2018]

Related Documents:

i. Notice of Filing of 13 Week Budget in Connection with "Motion of Debtor for Order Under 11 U.S.C. §§ 105(a), 362, 363, 364 and 507 and Del. Bankr. L.R. 4001-2 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing" [D.I. 10 - filed December 13, 2017]

ii. Interim Order Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing [D.I. 57 - entered December 19, 2017]

iii. Second Interim Order Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing [D.I. 124 - entered January 16, 2018]

iv. **Certification of Counsel Regarding Third Interim Order Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Related Relief, and (IV) Scheduling a Final Hearing [D.I. 148 - filed January 24, 2018]**

Status: **On January 24, 2018, the Debtor filed a certification of counsel attaching an agreed form of proposed third interim debtor in possession financing order (the "Proposed Order") in connection with this matter. Subsequently, Chambers informed counsel to the Debtor that the Proposed Order will be entered without the need for a hearing. Consequently, no further hearing with respect to this matter**

2

**is required at this time.** The final hearing in connection with the matter has been further continued to March 5, 2018 starting at 10:00 a.m. (EST).

## II. CONTINUED MATTERS:

2. Debtor's First Motion for an Order Authorizing and Approving Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [D.I. 6 - filed December 13, 2017]

   Objection / Response Deadline: December 28, 2017 at 4:00 p.m. (EST); extended by agreement for NYW to January 3, 2018 at 5:00 p.m. (EST)

   Objections / Responses Received:

   A. Informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

   B. Objection of New York Wheel Owner LLC to Debtor's First Motion for an Order Authorizing and Approving Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [D.I. 84 - filed January 3, 2018]

   C. Declaration of Anne M. Champion [D.I. 85 - filed January 3, 2018]

   D. Declaration of Christopher DeLuca in Support of New York Wheel Owner LLC's Objections to the Debtor's Motions [D.I. 86 - filed January 3, 2018]

   Related Documents:

   i. Notice of "Debtor's First Motion for an Order Authorizing and Approving Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date" and Hearing Thereon [D.I. 40 - filed December 14, 2017]

   Status: The Debtor has resolved the informal comments received in connection with this matter from the U.S. Trustee. The hearing on this matter as it relates to the objection of NYW (*see* D.I. 84, 85, 86) has been continued to March 5, 2018 starting at 10:00 a.m. (EST).

3. Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 47 - filed December 15, 2017]

   Objection / Response Deadline: December 29, 2017 at 4:00 p.m. (EST); extended by agreement for NYW to January 16, 2018 at 4:00 p.m. (EST)

Objections / Responses Received:

A. Informal comments received from the U.S. Trustee

B. Objection of New York Wheel Owner LLC to Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 125 - filed January 16, 2018]

Related Documents:

i. Notice of Filing of Revised "Schedule 1" (List of Assets to Be Sold) to "Exhibit B" (Bidding Procedures) in Connection with "Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets" [D.I. 64 - filed December 20, 2017]

ii. **Debtor's Reply to Objection of New York Wheel Owner LLC to Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of Assets [D.I. 143 - filed January 23, 2018]**

Status: The Debtor has resolved the informal comments of the U.S. Trustee. The hearing on this matter as it relates to the objection of NYW (*see* D.I. 125) has been continued to March 5, 2018 starting at 10:00 a.m. (EST).

4. Debtor's Motion for an Order (A) Approving the Disclosure Statement, (B) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan, and (D) Granting Related Relief [D.I. 51 - filed December 15, 2017]

Objection / Response Deadline: January 15, 2018 at 4:00 p.m. (EST); extended by agreement for NYW to January 16, 2018 at 4:00 p.m. (EST)

Objections / Responses Received:

A. Objection of New York Wheel Owner LLC to Debtor's Motion for an Order (A) Approving the Disclosure Statement, (B) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan, and (D) Granting Related Relief [D.I. 126 - filed January 16, 2018]

4

Related Documents:

i. Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 49 - filed December 15, 2017]

ii. Disclosure Statement for the Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 50 - filed December 15, 2017]

iii. Re-Notice of "Debtor's Motion for an Order (A) Approving the Disclosure Statement, (B) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan, and (D) Granting Related Relief" and Hearing Thereon [D.I. 68 - filed December 27, 2017]

iv. **Debtor's Reply to Objection of New York Wheel Owner LLC to Debtor's Motion for an Order (A) Approving the Disclosure Statement, (B) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan, and (D) Granting Related Relief [D.I. 142 - filed January 23, 2018]**

Status: The hearing in connection with this matter has been continued to March 5, 2018 starting at 10:00 a.m. (EST).

5. New York Wheel Owner LLC's Motion for an Order Dismissing the Debtor's Chapter 11 Case or, in the Alternative, Lifting the Automatic Stay [D.I. 96 - filed January 4, 2018]

Objection / Response Deadline: January 18, 2018 at 4:00 p.m. (EST)

Objections / Responses Received:

A. Debtor's Objection to New York Wheel Owner LLC's Motion for an Order Dismissing the Debtor's Chapter 11 Case or, in the Alternative, Lifting the Automatic Stay [D.I. 128 - filed January 18, 2018]

B. Declaration of Christiaan Lavooij in Opposition to Motion to Dismiss [D.I. 129 - filed January 18, 2018]

C. Declaration of Philip R. White, Esq. in Opposition to Motion to Dismiss [D.I. 130 - filed January 18, 2018]

Related Documents: None.

Status: The hearing in connection with this matter has been continued to March 5, 2018 starting at 10:00 a.m. (EST).

5

RLF1 18794259v.1

Dated: January 24, 2018
       Wilmington, Delaware

/s/ _____
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King St.
Wilmington, DE 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
E-mail: collins@rlf.com
       madron@rlf.com
       barsalona@rlf.com

- and -

Andrew H. Sherman
Boris I. Mankovetskiy
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
       bmankovetskiy@sillscummis.com

*Counsel for Debtor and Debtor in Possession*