IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAMMOET-STARNETH, LLC, | Case No. 17-12925 (LSS) |
| Debtor.[1] | |

## NOTICE OF RESULTS OF AUCTION

PLEASE TAKE NOTICE that, on December 6, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtor's Assets* [D.I. 499] (the "Bidding Procedures Order").

PLEASE TAKE FURTHER NOTICE that the above-captioned debtor and debtor in possession (the "Debtor") solicited interest for the sale of the following lots of assets (consisting of the various parts, pieces, and components that were to be used in the construction of the New York Wheel Project (as such term is defined in D.I. 503)) in accordance with the terms of the Bidding Procedures Order:

| | Location | |
|---|---|---|
| Lot # | City | Country |
| 1 | Mol | Belgium |
| 2 | Sviadnov | Czechia |
| 3 | Castegnato | ITALY |
| 4 | Lograto | Italy |
| 5 | Europoort Rotterdam | The Netherlands |
| 6 | Bidovce | Slowakia |
| 7 | Boxtel | The Netherlands |

---

[1] The last four digits of the Debtor's federal tax identification number are 4518. The Debtor's address is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

| 8 | Breda | The Netherlands |
|---|---|---|
| 9 | Enschede | The Netherlands |
| 10 | Genemuiden | The Netherlands |
| 11 | Hapert | The Netherlands |
| 12 | Heinenoord | The Netherlands |
| 13 | Maasvlakte Rotterdam | The Netherlands |
| 14 | Rotterdam | The Netherlands |
| 15 | Schiedam | The Netherlands |
| 16 | Valkenswaard | The Netherlands |
| 17 | Weert | the Netherlands |
| 18 | Westdorpe | The Netherlands |
| 19 | Basiskele / Kocaeli | Turkey |
| 20 | Brooklyn, New York | USA |

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the Bidding Procedures Order, Qualified Bids[2] were due to be submitted by January 11, 2019 at 4:00 p.m. (Eastern Standard Time) (the "Bid Deadline").

PLEASE TAKE FURTHER NOTICE that the Debtor received multiple competing Qualified Bids by the Bid Deadline and, consequently, in accordance with the terms of the Bidding Procedures Order, on January 16, 2019 starting at approximately 10:00 a.m. (Eastern Standard Time), the Debtor held an auction (the "Auction") in connection with the potential sale of certain of the Assets with respect to which it received multiple competing Qualified Bids.

PLEASE TAKE FURTHER NOTICE that, following the conclusion of the Auction, the Debtor reports to the Court and any other parties-in-interest that the names of the Successful Bidders, their respective winning bid, and applicable lot numbers to which their bid applies are as follows:

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the *Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets*, filed December 15, 2017 [D.I. 47].

RLF1 20659888v.1

| Winning Bidder | Winning Bid Amount (USD) | Lot # Proposed to be Sold |
|---|---|---|
| Jansen Recycling Group | $197,000 | 1,8,10,13,14,15,17 |
| European Wire Rope Stock | $30,000 | 3,4,5 |
| Reserve Management Group | $82,500 | 20 |

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, objections to the Sales, if any, must be filed and served so as to be actually received by the Objection Recipients no later than **January 18, 2019 at 4:00 p.m. (Eastern Standard Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sale Hearing to consider approval of the sale of the Assets to the above-referenced Successful Bidders at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with section 363(f) of the Bankruptcy Code, will be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **January 23, 2019 starting at 1:30 p.m. (Eastern Standard Time)**.

[*Remainder of page intentionally left blank.*]

Dated: January 16, 2019
      Wilmington, Delaware

                    */s/ Jason M. Madron*
                    Mark D. Collins (No. 2981)
                    Jason M. Madron (No. 4431)
                    Travis J. Cuomo (No. 6501)
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    920 North King St.
                    Wilmington, DE 19801
                    Telephone: 302-651-7700
                    Facsimile: 302-651-7701
                    E-mail: collins@rlf.com
                               madron@rlf.com
                               cuomo@rlf.com

                    - and -

                    Andrew H. Sherman
                    Boris I. Mankovetskiy
                    SILLS CUMMIS & GROSS P.C.
                    One Riverfront Plaza
                    Newark, NJ 07102
                    Telephone:  973-643-7000
                    Facsimile:  973-643-6500
                    Email: asherman@sillscummis.com
                               bmankovetskiy@sillscummis.com

                    *Counsel for the Debtor and*
                    *Debtor in Possession*