IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAMMOET-STARNETH LLC, | Case No. 17-12925 (LSS) |
| Debtor.[1] | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 22, 2019 STARTING AT 10:00 A.M. (EDT)[3]

*THE HEARING HAS BEEN CANCELLED BY THE COURT AND WILL BE RESCHEDULED TO A DATE AND TIME TO BE DETERMINED. PARTIES WILL RECEIVE NOTICE OF THE NEW HEARING DATE AND TIME ONCE SCHEDULED.*

I. **PLAN CONFIRMATION:**

1. Modified Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 644 – filed March 20, 2019] (the "Modified Second Amended Plan")

    Objection / Response Deadline: March 15, 2019 at 4:00 p.m. (EDT); extended to March 18, 2019 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only

    Objections / Responses Received:

    A. The United States Trustee's Objection to Debtor's Second Amended Chapter 11 Plan of Liquidation [D.I. 641 – filed March 18, 2019] (the "UST Objection")

    Related Documents:

    i. Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 49 – filed December 15, 2017]

---

[1] The last four digits of the Debtor's federal tax identification number are 4518. The Debtor's address is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

[2] **Amended items appear in bold.**

[3] The hearing **was scheduled to** be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

ii. Disclosure Statement for the Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 50 – filed December 15, 2017]

iii. First Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 503 – filed December 11, 2018]

iv. Redline of First Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 504 – filed December 11, 2018]

v. Disclosure Statement for the First Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 505 – filed December 11, 2018]

vi. Redline of Disclosure Statement for the First Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 506 – filed December 11, 2018]

vii. Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 580 – filed February 1, 2019]

viii. Redline of Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 581 – filed February 1, 2019]

ix. Disclosure Statement for the Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 582 – filed February 1, 2019]

x. Redline of Disclosure Statement for the Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 583 – filed February 1, 2019]

xi. Notice of Filing of "Exhibit C" (Liquidation Analysis) to "Disclosure Statement for the Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC" [D.I. 588 – filed February 5, 2019]

xii. Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC (Solicitation Version) [D.I. 597 – filed February 8, 2019]

xiii. Redline of Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 598 – filed February 8, 2019]

xiv. Disclosure Statement for the Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 599 – filed February 8, 2019]

xv. Redline of Disclosure Statement for the Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 600 – filed February 8, 2019]

xvi. Order (A) Approving the Disclosure Statement, (B) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan, and (D) Granting Related Relief [D.I. 604 – filed February 8, 2019]

xvii. Notice of (A) Approval of the Disclosure Statement, (B) Deadline for Voting on the Plan, (C) Hearing to Consider Confirmation of the Plan and (D) Deadline for Filing Objections to Confirmation of the Plan [D.I. 605 – filed February 9, 2019]

xviii. Proof of Publication for The New York Times [D.I. 620 – filed February 14, 2019]

xix. Affidavit of Publication for Financial Times [D.I. 621 – filed February 14, 2019]

xx. Declaration of Paul Deutch Regarding Analysis of Ballots for Accepting or Rejecting the Debtor's Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 643 - filed March 20, 2019]

xxi. Redline of Modified Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 645 – filed March 20, 2019]

xxii. Declaration of William Henrich in Support of Confirmation of Modified Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC [D.I. 646 – filed March 20, 2019]

xxiii. Notice of Filing of Revised "Exhibit C" (Liquidation Analysis) to "Disclosure Statement for the Second Amended Chapter 11 Plan of Liquidation of Mammoet-Starneth LLC" [D.I. 599] [D.I. 647 – filed March 20, 2019]

xxiv. Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Approving Second Amended Chapter 11 Plan of Mammoet-Starneth LLC [D.I. 648 – filed March 20, 2019]

xxv. Debtor's Reply to the United States Trustee's Objection to Debtor's Second Amended Chapter 11 Plan of Liquidation [D.I. 649 – filed March 20, 2019]

Status: The hearing to consider confirmation of the Modified Second Amended Plan **has been adjourned to a date to be determined at the direction of the Court. The Debtor will provide parties-in-interest with notice of the new hearing date and time to consider confirmation of the Modified Second Amended Plan once scheduled.**

3

Dated: March 21, 2019
      Wilmington, Delaware

/s/ *signature*

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
E-mail: collins@rlf.com
      madron@rlf.com
      cuomo@rlf.com

- and -

Andrew H. Sherman
Boris I. Mankovetskiy
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
      bmankovetskiy@sillscummis.com

*Counsel for the Debtor and Debtor in Possession*

4